IN THE SUPREME COURT OF THE STATE OF DELAWARE

DARNELL MARTIN,     §
    §    No. 301, 2024
    Defendant-Below,     §
    Appellant,     §    Court Below:  Superior Court
    §    of the State of Delaware
    v.     §
    §    Cr. ID No. 1702005493 (N)
STATE OF DELAWARE,     §
    §
    Appellee.     §

Submitted:    January 22, 2025
Decided:    January 24, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## <u>ORDER</u>

This 24th day of January, 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its July 1, 2024 Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice